IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MEDICAL PRODUCTS LABORATORIES, INC., :
                                      :        CIVIL ACTION
                          Plaintiff,  :
                                      :
              v.                      :
                                      :        NO.  12-6051
PREMIER DENTAL PRODUCTS COMPANY,      :
                                      :
                          Defendant.  :

## ORDER

**AND NOW**, this *31st* day of *January*, 2013, upon consideration of the Motion by

Defendant Premier Dental Products Company to Dismiss Plaintiff's Complaint (Docket No. 13),

the Response of Plaintiff Medical Products Laboratories, Inc. (Docket No. 14), and Defendant's

Reply Brief (Docket No. 15), it is hereby **ORDERED** that the Motion is **GRANTED** and the

Complaint is **DISMISSED** without prejudice to Plaintiff's re-filing its breach of contract claim

in state court.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.